**STDM**
Merielle R. Enriquez, Bar No. 11116
menriquez@kringandchung.com
KRING & CHUNG, LLP
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145-8870
Telephone: (702) 260-9500
Facsimile: (702) 260-9434

Attorneys for Plaintiff
CAROL SIMON

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CAROL SIMON,<br><br>  Plaintiff,<br>vs.<br><br>NV OMNICARE OF LAS VEGAS, an unknown Nevada business entity; OMNICARE OF NEVADA, LLC, a Delaware limited liability corporation; and OMNICARE, INC. a merged Nevada corporation; and DOES 1 through 20, inclusive ,<br><br>  Defendants. | Case No. 2:16-cv-00154-KJD-NJK<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for their respective parties, that the above-captioned action is dismissed with prejudice, and that each party is to bear its own costs and attorneys' fees incurred herein.

Dated this 17 day of November, 2016.                    Dated this 17 day of November, 2016.

KRING & CHUNG LLP                                        JACKSON LEWIS P.C.

_____ #9920 for                     _____
Merielle R. Enriquez, Esq.                              Phillip Thompson, Esq.
Nevada State Bar No. 11116                              Nevada Bar No. 12114
1050 Indigo Drive, Suite 200                            3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89145                                 Las Vegas, Nevada 89169
Attorneys for Plaintiff                                 Attorneys for Defendants Omnicare of Nevada
                                                        LLC and Omnicare, Inc.



F:\9300\0323\pld\SAO to Dismiss.docx

## ORDER

IT IS SO ORDERED that the above-entitled action is dismissed with prejudice; and that each party is to bear its own costs and attorneys' fees incurred herein.

DATED this  18th  day of    November         , 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

Submitted By:

KRING & CHUNG LLP

_Robert J. Thompson #9920 for_
Merielle R. Enriquez, Esq.
Nevada State Bar No. 11116
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
Attorneys for Plaintiff



2

F:\9300\0323\pld\SAO to Dismiss.docx